**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CEDRIC GREENE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INGLEWOOD HOUSING AUTHORITY and CINDER ELLER KIM BELL,<br><br>　　　　　Defendants. | Case No. 2:16-cv-00996-APG-GWF<br><br>**ORDER DISMISSING CASE** |

　　Magistrate Judge Foley granted plaintiff Cedric Greene leave to file an amended complaint on or before February 24, 2017. ECF No. 2. Greene did not file an amended complaint.

　　IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice. The clerk of court is instructed to close this case.

　　DATED this 3rd day of April, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE